# Court of Appeals
# of the State of Georgia

ATLANTA, December 10, 2024

*The Court of Appeals hereby passes the following order*

**A25I0086. 30 TELFAIR PLACE, LLC v. TRANS ATLANTIC SHIPPING, L.L.C.**

    Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

SPCV2301257



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, December 10, 2024.*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*